PAUL KARANTONIS *v.* TOWN OF EAST HARTFORD

The plaintiff's petition for certification for appeal from the Appellate Court, 71 Conn. App. 859 (AC 22222), is denied.

*Thomas L. Kanasky, Jr.,* in support of the petition.

*Janis M. Small,* corporation counsel, in opposition.

Decided October 9, 2002